IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSE BEZAREZ, | § | |
| | § | |
| Defendant Below, | § | No. 405, 2025 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0703000796 (N) |
| | § | |
| Appellee. | § | |

Submitted: January 12, 2026
Decided: March 4, 2026

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its August 26, 2025 order summarily dismissing the appellant's successive motion for postconviction relief under Superior Court Criminal Rule 61.[1]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

---

[1] *State v. Bezarez*, 2025 WL 2476353 (Del. Super. Ct. Aug. 26, 2025).